JS - 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 10-00114 JVS (ANx) | Date | April 15, 2010 |
| Title | Ahmad Bahmani v. U.S. Bank Home Mortgage, et al. | | |

Present: The Honorable    James V. Selna

| Karla J. Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**    (IN CHAMBERS)   Order Granting Dismissal of Action

      Plaintiff Ahmad Bahmani, proceeding in pro per, has filed a Motion to Dismiss. (Docket No. 14.)  Though Bahmani has not cited the legal authority, the Court assumes that he is seeking voluntary dismissal of this action under Federal Rule of Civil Procedure 41(a).  Because the defendants have not yet filed an answer or motion for summary judgment, Bahmani does not need a court order for voluntary dismissal under Rule 41(a).  The action is dismissed is without prejudice.  Fed. R. Civ. P. 41(a)(1)(B).

|  | 0 | : | 00 |
|---|---|---|---|
| Initials of Preparer | kjt | | |